UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTATE OF ESTHER KLIEMAN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 04-1173 (PLF) |
| PALESTINIAN AUTHORITY, et al., | ) | |
| Defendants. | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [Dkt. No. 233] defendants' motion for reconsideration of Court's December 29, 2006 and April 24, 2008 interlocutory orders on personal jurisdiction is GRANTED; it is

FURTHER ORDERED that the PA and the PLO be dismissed from this case pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure; it is

FURTHER ORDERED that, in light of this Court's dismissal of the sole remaining defendants in this case, this case is dismissed with prejudice; and it is

FURTHER ORDERED that all currently pending motions in this case are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Court

DATE: March 3, 2015